ON MOTION FOR CERTIFICATION

PER CURIAM.
We grant appellant’s motion for certification, and certify to the supreme court the same question we certified in Griffis v. State, 703 So.2d 522 (Fla. 1st DCA 1997), review granted, Case No. 92,160, — So.2d - (Fla.1998):
SHOULD THE HOLDING IN STATE v. GURICAN, 576 So.2d 709 (Fla.1991), BE RE-EVALUATED IN LIGHT OF ORTEGA-RODRIGUEZ v. UNITED STATES, 507 U.S. 234, 113 S.Ct. 1199, 122 L.Ed.2d 581 (1993)?
BARFIELD, C.J., and KAHN and WEBSTER, JJ., concur.